**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Juan ORNELAS, a.k.a. Juan Salazar,**
**Defendant–Appellant.**

**No. 08–13826**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 18, 2009.

Kristen Gartman Rogers, Federal Public Defender, SAL–Federal Public Defender, Mobile, AL, for Defendant–Appellant.

Steven E. Butler, Mobile, AL, for Plaintiff–Appellee.

---

Before BLACK, BARKETT and KRAVITCH, Circuit Judges.

PER CURIAM:

Kristen Rogers, appointed counsel for Juan Ornelas in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ornelas's conviction and sentence are **AFFIRMED.**